(28 Misc. Rep. 562.)

## LAMBERT v. SALOMON.

(Supreme Court, Appellate Term. July 26, 1899.)

JUSTICES OF THE PEACE—JUDGMENT.

Judgment not rendered by a justice within eight days from time the case was submitted to him, as provided by Consol. Act, § 1384, will be reversed because of his want of jurisdiction.

Appeal from municipal court, borough of Manhattan, Second district.

Action by William A. Lambert against Kate F. Salomon. From a judgment for defendant, plaintiff appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVEN-TRITT, JJ.

Campbell & Moore, for appellant.

Hirsh & Rasquin, for respondent.

MacLEAN, J.　It is contended by the plaintiff (appellant herein) that the justice lost jurisdiction because he did not render judgment within eight days from the time the case was submitted to him (section 1384, Consol. Act), and the contention is shown to be good by the return, from which it appears that the action was brought to trial on October 11th; that the parties at the close of the trial extended the time of the submission to November, 5, 1898, as they had a right to do (Keating v. Serrell, 5 Daly, 278); and that judgment, instead of being rendered on the 13th, was not rendered until November 17, 1898, and was therefore invalid, because jurisdiction had terminated (Dalton v. Loughlin, 4 Abb. N. C. 187).　The judgment should therefore be reversed, for "where an inferior court has acted without having jurisdiction, and has rendered judgment, the appellate court which has power to review its decisions may so far act upon the judgment as to reverse it for that want of jurisdiction."　McMahon v. Rauhr, 47 N. Y. 67.

Judgment reversed, with costs to the appellant.　All concur.